UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CYRIL THOMAS                                                                                      Plaintiff

v.                                                                              Civil Action No. 3:20CV-84-RGJ

NATIONAL CREDIT SYSTEMS, INC., ET AL.                                                 Defendants

\* \* \* \* \*

# **ORDER**

The Court having reviewed the response to this Court's Order to Show Cause [DE 8];

Accordingly, **IT IS ORDERED** that counsel shall file joint status report with the Court **every thirty (30) days until either answers are filed in the record or this matter has been resolved.**

Copies to:    Counsel of Record