# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| CYRIL THOMAS, )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>NATIONAL CREDIT SYSTEMS, INC, )<br>WORLD FINANCE COMPANY OF )<br>KENTUCKY, LLC, and EQUIFAX )<br>INFORMATION SERVICES LLC, )<br>EXPERIAN INFORMATION SOLUTIONS, )<br>INC., and TRANS UNION, LLC )<br>)<br>**Defendants.** ) | Case No. 3:20-cv-00084-RGJ |

### DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
### CORPORATE DISCLOSURE STATEMENT

Defendant Equifax Information Services LLC ("Equifax"), submits the following Corporate Disclosure Statement:

Equifax Information Services LLC is a wholly-owned subsidiary of Equifax Inc., which is a publicly traded company on the NYSE. No other entity owns more than 10% of its stock.

Respectfully submitted this 7th day of October, 2020.

                                              /s/John M. Williams
                                              John M. Williams
                                              WILLIAMS KILPATRICK, PLLC
                                              3151 Beaumont Centre Circle, Suite 375
                                              Lexington, KY 40513
                                              Telephone:  (859) 245-1059
                                              Facsimile:   (859) 245-1231
                                              williams@wktlaw.com
                                              *Attorney for Defendant*
                                              *Equifax Information Services LLC*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 7th day of October, 2020. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

                                            /s/*John M. Williams*
                                            John M. Williams