UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CYRIL THOMAS                                                                                                  Plaintiff

v.                                                                                         Civil Action No. 3:20CV-84-RGJ

NATIONAL CREDIT SYSTEMS, INC., ET AL.                                                                Defendants

\* \* \* \* \*

## ORDER

The Court, having been advised by counsel that settlement has been reached on all matters in this case [DE 37], **ORDERS** that this action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET.**

The parties shall tender an agreed order dismissing this case with prejudice within forty-five (45) days of entry of this Order.  The Court will entertain a motion to redocket this action upon application to this Court within forty-five (45) days from entry of this Order if the settlement is not consummated.

Copies to:  Counsel of Record