UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| CYRIL THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL CREDIT SYSTEMS, INC. et al.,<br><br>    Defendants. | Case No.: 3:20-CV-84-JRW |

## OFFER OF JUDGMENT

NOW COMES, the Defendant, NATIONAL CREDIT SYSTEMS, INC. (hereinafter referred to as "NCS"), by and through its attorney, Katrina M. DeMarte of DeMarte Law, PLLC, and hereby offers to stipulate to Entry of Judgement pursuant to F.R.C.P. 68:

1. NCS hereby offers to stipulate to entry of judgment in the amount of Three Thousand and Five Hundred Dollars and Zero Cents (**$3,500.00**), to satisfy Plaintiff's claims against NCS and any and all of its assignors, assignees, agents or other related entities, including all claims for interest, costs, and attorney(s) fees (these terms referred to hereinafter as the "Offer").

2. Specifically, the judgment entered in accordance with this Offer shall be in total settlement of any and all claims, known or unknown, which have been brought, or could be brought, against NCS by CYRIL THOMAS (hereinafter, the "Plaintiff") arising from the allegations in the Complaint and any amendments thereto.

3. In accordance with Rule 68, if this Offer is not accepted by Plaintiff within fourteen (14) days after service of this Offer, the Offer shall be deemed withdrawn and evidence of this Offer will be inadmissible except in any proceeding to recover costs. If this Offer is not accepted by Plaintiff and the judgment finally obtained by Plaintiff is not more favorable than this Offer,

1

Plaintiff must pay their costs and attorney's fees incurred after service of this Offer, as well as NCS's costs as allowed by the rules of this District.

WHEREFORE, this offer of judgement is made for the purposes specified in F.R.C.P. 68 and shall not be construed as either an admission that NCS is liable in this action or that Plaintiff has suffered any damages. This offer of judgement is intended to resolve all of Plaintiff's claims in this action against NCS as well as a dismissal including but not limited to all claims for damages, costs, interest, attorney fees, and litigation expenses.

Respectfully Submitted,

/s/ Katrina M. DeMarte
Katrina M. DeMarte (MI Bar No. P81476; CO Bar No. 43135)
**DEMARTE LAW, PLLC**
39555 Orchard Hill Place; PMB 6338
Novi, MI 48375
Tel. 313-509-7047
katrina@demartelaw.com

Dated: March 31, 2021

Accepted: _Britt Lomen_ WITH AUTHORITY

Date: 6-30-2021

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2021, a true and correct copy of the above and foregoing document was sent by Electronic Mail to all attorneys of record for the Plaintiff.

/s/ Katrina M. DeMarte
Katrina M. DeMarte (MI Bar No. P81476; CO Bar No. 43135)
**DEMARTE LAW, PLLC**