# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| CYRIL THOMAS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 3:20-cv-00084-RGJ ) |
| NATIONAL CREDIT SYSTEMS, INC, WORLD FINANCE COMPANY OF KENTUCKY, LLC, EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC, and TRANS UNION, LLC | ) ) ) ) ) ) ) |
| Defendants. | ) |

## AGREED ORDER OF DISMISSAL AND RELEASE OF ALL CLAIMS AGAINST DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC

\* \* \* \* \* \* \* \*

This matter having come before the Court on the agreement of the Plaintiff, CYRIL THOMAS, and the Defendant, EXPERIAN INFORMATION SOLUTIONS, INC by and through their respective counsel, said agreement having fully settled and resolved all issues between said parties, and this Court being otherwise sufficiently advised;

IT IS HEREBY AGREED, ORDERED AND ADJUDGED that all claims as between the Plaintiff and the Defendant that were or could have been brought by either party in the within action be, and are hereby dismissed, with prejudice. The Plaintiff and Defendant are hereby released from any and all liability arising out of the dispute which is the subject of this case including but not limited to all claims which were or could have been asserted in the within action. Each party shall bear their respective costs, expenses, and attorneys' fees expended or incurred.

This is a final and appealable Order, there being no just reason for delay.

                               JUDGE REBECCA GRADY JENNINGS
                               UNITED STATES DISTRICT COURT
                               WESTERN DISTRICT OF KENTUCKY

                               DATE: _____

*/s/Britt Stevenson*
BRITT STEVENSON
The Wolf Building
150 South Third St.
Louisville, KY  40202
brittstevensonlaw@gmail.com
Counsel for Plaintiff

*/s/ Christopher P. Farris*
CHRISTOPHER P. Farris
Billings Law Firm, PLLC
145 Constitution Street
*Counsel for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

     I hereby certify that on July 6, 2021, I served copies of the foregoing via ECF upon the following counsel of record:

    John M. Williams
    williams@wktlaw.com
    *Counsel for Defendant*
    *Equifax Information Services LLC*

    Katrina M. DeMarte
    Demarte Law
    katrina@demartelaw.com
    *Counsel for Defendant*
    *National Credit Systems, Inc.*

    Nicholas C. Naum
    Schuckit & Associates, P.C.
    nnaum@schuckitlaw.com
    Counsel for Transunion

                                        */s/Britt Stevenson*
                                        Counsel for Plaintiff, Cyril Thomas